UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| VINCENT MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00112-RLY-MPB |
| | ) | |
| FORESIGHT ENERGY LLC, | ) | |
| SITRAN LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER PROCEDURALLY CLOSING CASE**

This matter is before the court on the *Notice of Suggestion on Pendency of Bankruptcy for Foresight Energy LPC, Et. Al., and Automatic Stay of Proceedings* [Dkt. No. 6] filed May 13, 2020, by Defendants Foresight Energy LLC, and Sitran LLC.

The court, being duly advised, hereby **DIRECTS** the Clerk of Court to procedurally close this case. **All deadlines and hearing settings are vacated, and all pending motions in this matter are terminated without prejudice.** Plaintiff may reactivate the case upon notice to the court that the stay has been lifted, or that Defendants Foresight Energy LLC, and Sitran LLC have been dismissed.

**SO ORDERED.**

Dated:   May 14, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**